**Carl D. Crowell**, OSB# 982049
E-Mail: crowell@kite.com
Crowell Law
P.O. Box 923
Salem, OR 97308
503-581-1240
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| SLEP-TONE ENTERTAINMENT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SHENANIGANS LOUNGE; CHU'S EATERY; CHU'S, INC.; CHEERFUL PIT STOP RESTAURANT; PIT STOP SPORTS BAR & BBQ GRILL, LLC; BUFFALO BILL'S SALOON AND KISSIN' KATES CAFÉ; TACHO'S MEXICAN RESTAURANT; FORTUNE STAR LOUNGE; JUMBO COMPANY, LLC; TOLO TAVERN; BARKLEY'S FULL MOON SALOON; BARKLEY'S, INC.; 4 DAUGHTERS RESTAURANT & LOUNGE; ROMICO, INC.; THE JUNGLE ROOM; WJ WONG CORP.; THE ALIBI RESTAURANT AND LOUNGE; THE ALIBI RESTAURANT, INC.; CHOPSTICKS III-THE HOW CAN BE LOUNGE; CHOPSTICKS III, LLC,<br><br>Defendants. | Case No. 6:12-cv-01236-TC<br><br>STIPULATED LIMITED NOTICE OF DISMISSAL AS TO DEFENDANTS THE ALIBI RESTAURANT, INC.; AND THE ALIBI RESTAURANT AND LOUNGE<br><br>FRCP 41(a)(1)(A)(ii)<br>(STIPULATION) |

1 – STIPULATED LIMITED NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Slep-Tone and defendant The Alibi Restaurant, Inc., hereby stipulate to dismissal with prejudice of all claims between them in this matter, and with no costs or fees to either party.

Plaintiff Slep-Tone further dismisses defendant The Alibi Restaurant and Lounge by notice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), with prejudice and with no costs or fees to either party, as no answer or appearance has been made by this party.

Slep-Tone and The Alibi Restaurant, Inc., have resolved their issues through amicable settlement.

Dated:  April 12, 2013

/s/  Elizabeth Milesnick
Elizabeth Milesnick, OSB No. 050933
E-Mail: Elizabeth.Milesnick@MillerNash.com
MILLER NASH LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204
(503) 224-5858
Of Attorneys for The Alibi Restaurant, Inc.

/s/ Carl D. Crowell
Carl D. Crowell, OSB No. 982049
E-Mail: crowell@kite.com
CROWELL LAW
P.O. Box 923
Salem, OR 97308
503-581-1240
Of Attorneys for Plaintiff

2 – STIPULATED LIMITED NOTICE OF DISMISSAL